United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABELARDO RODRIGUEZ CARDENAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02509 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On July 28, 2026, Respondents notified the Court that Petitioner had been ordered to depart by August 14, 2026. Doc. #11. Respondents are ORDERED to file a status report within five (5) days of the entry of this Order advising whether Petitioner remains in immigration custody and, if so, identifying the facility where he is currently detained.

It is so ORDERED.

AUG 2 5 2026
Date

The Honorable Alfred H. Bennett
United States District Judge